# EXHIBIT F

FOR OFFICIAL USE ONLY

**REPORT INSERT – OFFICE OF INSPECTOR GENERAL**
**MEMORANDUM OF INTERVIEW**

| INTERVIEW OF | DATE OF INTERVIEW |
|---|---|
| **Denise Eberhardt**<br>**Fleet Manager**<br>**Yang Enterprises, Inc.** | **July 1, 2014** |

On July 1, 2014, Philip Mazella, Special Agent (SA), National Aeronautics and Space Administration Office of Inspector General (NASA OIG), Kennedy Space Center, and Robert Wells, Special Agent, General Services Administration Office of Inspector General (GSAOIG), Fort Lauderdale Resident Field Investigation Office, Fort Lauderdale, Florida, conducted an interview of Denise Eberhardt, Fleet Manager, Yang Enterprises, Inc. (Yang).  The purpose of the meeting was to interview Eberhardt regarding Yang's process for vehicle maintenance and tire replacement on its fleet of GSA vehicles at the Kennedy Space Center.  SA Mazella and SA Wells explained to Eberhardt that the interview was completely voluntary.  Eberhardt consented to the interview and stated the following:

**Background**

Eberhardt stated that she has worked as the Fleet Manager for Yang for the last 2-3 years.  Eberhardt explained that Yang is a subcontractor of URS Federal Technical Services (URS).  Eberhard also stated that she was previously employed by URS and that her duties have stayed exactly the same when she was transferred from URS to Yang.  Eberhardt further stated that she is responsible for overseeing and managing vehicles under the NASA Kennedy Space Center Institutional Services Contract (ISC).  Eberhardt explained that there are approximately 390 ISC vehicles and that they are all GSA leased vehicles.

Eberhardt stated that approximately a year ago, the legal responsibility for managing the ISC vehicles shifted from URS to Yang.  Eberhardt also stated that the GSA vehicle leasing bills come directly to Yang ever since this change.

Agents Note:  URS is the awardee of the $1.3 billion NASA Kennedy Space Center Institutional Services Contract (ISC).  Under the ISC, Vehicle Management is a responsibility of URS, and therefore costs incurred by URS in maintaining and managing vehicles are reimbursed by NASA.

**Vehicle Maintenance Process**

Eberhardt explained that there is a point of contact known as the Vehicle Custodian for each department of Yang.  Eberhardt stated that there are 40 Vehicle Custodians.  The employees that drive the vehicles are referred to as Operators.  Eberhardt outlined the process for vehicle maintenance as follows:

- An Operator informs the Vehicle Custodian that maintenance or repair is needed
- The vehicle custodian submits a GSA maintenance request form (maintenance request form) via email or fax to the Fleet Manager.  Eberhardt stated that she tracks all vehicle maintenance and repair requests by vehicle in an excel spreadsheet.  Eberhardt also stated that she only tracks this

| FILE NUMBER | REPORTING AGENT | DATE PREPARED | SUPERVISOR |
|---|---|---|---|
| | | | *Floyd Martinez* |
| Z14M5260 | SA Robert C. Wells III | July 23, 2014 | ASAC Floyd Martinez |
| OTHER ADMINISTRATIVE INFORMATION (Use continuation sheet, GSA Form 9506-C) | | | |
| General Services Administration | FOR OFFICIAL USE ONLY | | GSA FORM 9506-A (Rev 7-98) |

FOR OFFICIAL USE ONLY

Continuation Sheet

| PERSON INTERVIEWED | FILE NUMBER | DATE PREPARED | PAGE |
|---|---|---|---|
| Denise Eberhardt | Z14M5260 | July 23, 2014 | 2 OF 3 |

(To be used with GSA Form 9506-A)

information going back 2 years. Eberhardt provided a copy of the spreadsheet (Attachment 1). Eberhardt further stated that she discards the maintenance request forms after 6 months.
- The Fleet Manager reviews the request and chooses a vendor for the maintenance or repair
- The Fleet Manager informs the Vehicle Custodian which vendor to take the vehicle to.
- The Vehicle Custodian instructs the Operator to take the vehicle to the assigned vendor.
- The Operator delivers the vehicle and hands over the keys to the designated point of contact for the vendor.
- The vendor contacts GSA to get approval for the maintenance or repair, then conducts the approved work.
- The vendor contacts the Fleet Manager notifying them that the vehicle is ready for pick up.
- The Fleet Manager notifies the Vehicle Custodian and then the Vehicle Custodian instructs the Operator to pick up the vehicle.
- The Operator gets the keys from the vendor and signs the actual invoice.
- Depending on the practice of the vendor, they may or may not fax the invoice to the Fleet Manager. Eberhardt stated that some of the vendors do not provide her with an invoice. Eberhardt also stated that she keeps the invoices in hard copy by vendor. Eberhardt further stated that she retains the invoices she does receive going back 1 to 2 years, typically aligned with her excel spreadsheet.

Eberhardt also provided the ISC Procedure for GSA Fleet Management followed by Yang. (Attachment 2).

**GSA Leasing Bill**

Eberhardt stated that she receives a leasing bill from GSA once a month. Eberhardt explained that vehicle maintenance and repairs that are outside of normal maintenance, such as tire replacements before a certain mileage, appear on the GSA leasing bill and are known as "billbacks". These "billbacks" are charges that will be billed back to NASA by Yang and URS. Eberhardt's duties include verifying the charges and bill backs on the leasing bill.

Eberhardt stated that she sorts and examines the charges by type, such as oil changes and tire replacements. Eberhardt also stated that she always specifically examines tire replacements. Eberhard further stated that all she checks for is whether or not the replacement was requested, which Vehicle Custodian it was requested by, and she matches the charge on the leasing bill to the invoice if she received a hard copy from the vendor. Eberhardt explained that she refers to her excel spreadsheet to check that the charge was part of a maintenance or repair request. Eberhardt stated that she might notice if there were multiple requests for tire replacements in the same year but that she does not look at the mileage between tire replacement requests.

Eberhardt stated that she doesn't contact the Operators to ask why a tire replacement was requested or to question the frequency of tire replacement requests. Eberhardt explained that she will occasionally call the vendor to find out why the tires need to be replaced.

Eberhardt stated that her primary concern is that the charges on the leasing bill accurately reflect the charges from the vendor for the requested maintenance or repairs. Eberhardt explained that she wants to ensure that the vendor did not make or submit unnecessary charges and that GSA did not add any charges by mistake. Eberhardt also stated that occasionally she sees maintenance or a repair on the leasing bill that was not

**FOR OFFICIAL USE ONLY**

| Continuation Sheet | | | |
|---|---|---|---|
| **PERSON INTERVIEWED** | **FILE NUMBER** | **DATE PREPARED** | **PAGE** |
| Denise Eberhardt | Z14M5260 | July 23, 2014 | 3 OF 3 |
| **(To be used with GSA Form 9506-A)** | | | |

submitted to her via a maintenance request form. After verifying with GSA that it was not a clerical mistake and with the vendor that the work was actually completed, she will email the Vehicle Custodian informing them that they need to submit a form for each request. Eberhardt further stated that she relies on GSA to not approve unnecessary maintenance or repairs and to ensure the vendor complies with GSA guidelines for tire replacements when the vendor contacts them. Eberhardt explained that she does not check on the legitimacy of requests from the operators or vehicle custodians.

**Egregious Vehicles**

SA Mazella and SA Wells showed a list of 10 GSA vehicles managed by Eberhardt where approximately 12 to 24 tire replacements had been requested and completed for each vehicle with anywhere from 800 to 2400 miles per tire. Eberhardt stated that she could not explain the frequency of tire replacements.

**Preventative Maintenance**

Eberhardt stated that once a month she receives a listing of vehicles from GSA that require preventative maintenance. Eberhardt explained that she provides this list to the Vehicle custodians along with a list of suggested vendors. Eberhardt also stated that the Vehicle Custodians are not to use this for anything but obtaining preventative maintenance and must fill out a maintenance request form for any additional repairs. Eberhardt stated that she has occasionally emailed a Vehicle Custodians informing them that they should have submitted a maintenance request form when they requested the vendor perform additional work beyond preventative maintenance, such as tire replacements.